608

cuit Court of Appeals for the Second Circuit denied. *Messrs. H. Dorsey Spencer* and *Cyril A. Soans* for petitioner. *Mr. Walter W. Burns* for respondent.

No. 106. VAN SENDEN ET AL. *v.* O'BRIEN ET AL., ADMINISTRATRICES. October 10, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Webster Ballinger* for petitioners. *Mr. George Francis Williams* for respondents.

No. 108. BRAMPTON WOOLEN Co. *v.* FIELD, COLLECTOR OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Henry M. Ward* and *Harry A. Fellows* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *Norman D. Keller* for respondent.

Nos. 111 and 112. MORAN TOWING & TRANSPORTATION Co., INC. *v.* P. SANFORD ROSS, INC., ET AL. October 10, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Horace L. Cheyney* for petitioner. *Messrs. John A. Garver* and *Horace M. Gray* for respondents.

No. 113. ROSENTHAL *v.* WEST DISINFECTING Co., INC. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Thomas Raeburn White* and *George Wharton*